# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LIENDRO GRIFFIN, et al.,

          Plaintiffs,

vs.

ROBERT MORRIS, et al.,

          Defendants.

Case No. 2:11-cv-02095-GMN-PAL

**ORDER**

This matter is before the court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to Federal District Court (Dkt. #1) December 28, 2011. The Answer (Dkt. #11) was filed February 24, 2011. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., March 27, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 13th day of March, 2012.

                                                    Peggy A. Leen
                                                    United States Magistrate Judge